Civil Action No. 14CV502

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ULTIMATE VACATION GROUP LLC(ROYAL BAHAMAS CL
was received by me on *(date)*    06/21/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* SERVED CERTIFIED MAIL#7010 1060 0001 6701 3559

My fees are $   20.00   for travel and $   12.00   for services, for a total of $   32.00 .

I declare under penalty of perjury that this information is true.

Date:   06/03/2014

*Maureen Gregory*
Server's signature

MAUREEN GREGORY
Printed name and title

2515 Pendergrass Rd
Raeford, NC 28376

Server's address

Additional information regarding attempted service, etc:
The Summons & Complaint was Served Cerified Mail to ULtimatimate Vacation Group LLC ( Royal Bahamas Cruise Line) in care of the Registered Agent; Johnathan B Curtis was received and signed by Alex Mitchell on June 28,2014 @ 11:39

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Alex M_____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Alex Mitchell<br>C. Date of Delivery: 6-28-14 |
| 1. Article Addressed to:<br>c/o Registered Agent:<br>Curtis, Johnathan B<br>Ultimate Vacation Group LLC<br>Alternate Business Name:<br>(Royal Bahamas Cruise Line)<br>5224 W. STATE RD 46 #139<br>SANFORD, FL 32771 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1060 0001 6701 3569 |

PS Form 3811, July 2013    Domestic Return Receipt

English    Customer Service    USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: **70101060000167013559**

Expected Delivery Day: **Saturday, June 28, 2014**

## Product & Tracking Information

**Postal Product:**         **Features:**
Priority Mail 2-Day™        Certified Mail™       Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 28, 2014, 11:39 am** | Delivered | **SANFORD, FL 32771** |

Your item was delivered at 11:39 am on June 28, 2014 in SANFORD, FL 32771.

| | | |
|---|---|---|
| June 28, 2014, 4:22 am | Depart USPS Sort Facility | ORLANDO, FL 32824 |
| June 27, 2014, 7:18 pm | Processed through USPS Sort Facility | ORLANDO, FL 32824 |
| June 26, 2014, 9:01 pm | Depart USPS Sort Facility | FAYETTEVILLE, NC 28302 |
| June 26, 2014, 7:26 pm | Processed through USPS Sort Facility | FAYETTEVILLE, NC 28302 |
| June 26, 2014, 4:39 pm | Depart Post Office | RAEFORD, NC 28376 |
| June 26, 2014, 11:19 am | Acceptance | RAEFORD, NC 28376 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |

No FEAR Act EEO Data ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›
Forms & Publications ›
Careers ›
Postal Explorer ›
National Postal Museum ›

USPS.COM | Copyright © 2014 USPS. All Rights Reserved.