UNITED STATES DISTRICT COURT
MIDDLE DISTRICT NORTH CAROLINA

MAUREEN GREGORY

    PLAINTIFF

-V-

ULTIMATE VACATION GROUP LLC     CASE ACTION NO. 14CV502

ALTERNATE BUSINESS NAME

(ROYAL BAHAMAS CRUISE LINE)

    DEFENDANT

_____/

## NOTICE OF DISMISSAL

PLAINTIFF, MAUREEN GREGORY, AND DEFENDANT Ultimate Vacation Group LLC ALTERNATE BUSINESS NAME (ROYAL BAHAMAS CRUISE LINE), by counsel hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Ultimate Vacation Group LLC (RBCL) Should be dismissed, without prejudice with each party to bear its own cost.

This 16 day of July 2014

                                      *Maureen Gregory*
                                      MAUREEN GREGORY
                                      2515 PENDERGRASS RD
                                      RAEFORD, NC 28376
                                      (910)848-2607

                [CERTIFICATE OF SERVICE]

-1-

CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by email @ Christopher.Meier@gmlaw.com on this 16 day of July 2014, requested by the Defendant's Counsel and will be mailed by U.S Mail to GreenspoonMarder Law Christopher P. Meier, Esq.

Trade Centre South 100 W. Cypress Creek Road Suite 700 Fort Lauderdale, FL 33309

*Maureen Gregory*

MAUREEN GREGORY
2515 PENDERGRASS RD
RAEFORD, NC 28376
(910)848-2607

STATE OF NORTH CAROLINA

COUNTY OF HOKE

BEFORE ME personally appeared MAUREEN GREGORY PLAINTIFF who, being by me first duly sworn and identified in accordance with law, did execute the foregoing in my presence this 16 day of July 2014

*Janice P. Creekmore*

NOTARY PUBLIC

MY COMMISION EXPIRES: Dec. 28, 2014